UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:12-cr-0008- PMP- RJJ |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER** |
| ROBERT LEE ARBAUGH, | |
| Defendant. | |

  On March 4, 2013, this Court held a hearing for revocation of supervised release as to defendant ROBERT LEE ARBAUGH. The Court ordered that Mr. Arbaugh be continued on the present terms of release and that the defendant reside at the residential re-entry center/Halfway House for a period of six months.

  Accordingly, IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant ROBERT LEE ARBAUGH reside in a residential re-entry center/Halfway House for a period of six months.

DATED: March 4, 2013.

              _____
               UNITED STATES DISTRICT JUDGE